

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00810-CR

**EX PARTE** Carlos Lizandro **BUSTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10565CR
Honorable Molly Francis, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Carlos Lizandro Bustillo's appeal.

It is so **ORDERED** on December 18, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk